Rec'd Yuma
2-2-07



UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

JAN 2 9 2007

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re: **MILLER, SUSAN L & GARRY M**          Case # **02-01007**
Debtor                                         Chapter 7

## NOTICE TO WITHDRAW APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

An application for payment of unclaimed funds for **$ 952.09** was filed by John J. Marshall, Managing Member of JM Partners, LLC ("Agent") on **June 22, 2006**, on behalf of **Tenet Healthcare Corporation (aka Syndicated Office Systems)** (hereinafter "Creditor"). Creditor has given notice to Agent that due to the age of the account, they are not able to provide the Court requested verification that the account still exists in their books and records. Under the circumstances set forth notice is hereby given that Creditor withdraws their application for payment of unclaimed funds.

Respectfully submitted this ___25___ day of ___Jan___, 2007

_____
John J. Marshall / Managing Member
JM Partners LLC, Agent
12201 Gayton Road, Suite 220
Richmond, VA 23238-8203

804-740-2972 Phone
804-740-2973 Fax
jmp.financial@verizon.net